RECEIVED

MAR 17 2006

SEATTLE

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JESUS BECERRA, <br>     Defendant. | Case No. CR05-5185 <br><br> ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against JESUS BECERRA, defendant.

DATED this 14== day of March, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 15th day of March, 2006.

James P. Donohue
UNITED STATES MAGISTRATE JUDGE

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711

05-CR-05185-ORD